# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ARCHERY PRODUCTS ANTITRUST LITIGATION | Civil Action No. 25-md-03160-PAB-TPO<br><br>MDL No. 3160 |

## ENTRY OF APPEARANCE

To the clerk of court and all parties of record:

I hereby certify that I am a member in good standing of the bar of the United States District Court for the District of Columbia, and I appear in this case as counsel for: **Mathews Archery, Inc.**

Dated: October 29, 2025

Respectfully Submitted,

*/s/ Thomas E. Carter*
Thomas E. Carter (D.C. Bar No. 1044815)
BAKER BOTTS LLP
700 K Street, N.W.
Washington, D.C. 20001
Tel: 202.639.7702
Fax: 202.585.4085
tom.carter@bakerbotts.com

*Counsel for Defendant Mathews Archery, Inc.*

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 29th day of October 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

      */s/ Thomas E. Carter*