# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ARCHERY PRODUCTS ANTITRUST LITIGATION | Case No. 25-md-3160-PAB-TPO |

## ENTRY OF APPEARANCE

To the clerk of court and all parties of record:

I certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for Plaintiffs Don Eichman and Joe Kramer.

Dated: October 29, 2025

Respectfully submitted,

*/s/ Kenzo Kawanabe*
Kenzo Kawanabe
**OLSON GRIMSLEY KAWANABE HINCHCLIFF & MURRAY LLC**
700 17th Street, Suite 1600
Denver, CO 80202
Telephone: (303) 535-9151
kkawanabe@olsongrimsley.com

*Counsel for Plaintiffs*