**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| IN RE ARCHERY PRODUCTS ANTITRUST LITIGATION | Civil Action No. 25-md-03160-PAB-TPO<br><br>MDL No. 3160 |

**ENTRY OF APPEARANCE**

To the clerk of court and all parties of record:

I hereby certify that I am authorized to practice in this Court with respect to the above

matter, and I appear in this case as counsel for Archery Trade Association, Inc.

Dated: October 30, 2025

_s/ Sean M. Sigillito_
Sean M. Sigillito (UT Bar No. 20101)
Parr Brown Gee & Loveless, P.C.
101 South 200 East, Suite 700
Salt Lake City, Utah 84111
P: (801) 532-7840
F: (801) 532-7750
E: ssigillito@parrbrown.com

*Attorney for Defendant*
*Archery Trade Association, Inc.*

**<u>CERTIFICATE OF SERVICE</u>**

      I hereby certify that on this 30th day of October 2025, I caused the foregoing to be filed

electronically with the Clerk of the Court by using the CM/ECF system which will serve a copy

on all counsel of record.


                                        *s/ Sean M. Sigillito*