# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ARCHERY PRODUCTS ANTITRUST LITIGATION | Civil Action No. 25-md-03160-PAB-TPO<br><br>MDL No. 3160 |

## ENTRY OF APPEARANCE

To the clerk of court and all parties of record:

I hereby certify that I am authorized to practice in this Court with respect to the above matter, and I appear in this case as counsel for Dick's Sporting Goods, Inc.

Dated: October 30, 2025

Respectfully Submitted,

*/s/ Brendan E. Ryan*
Brendan E. Ryan (IL Bar No. 6324591)
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, IL 60654
Tel: (312) 862-3620
Fax: (312) 862-2200
brendan.ryan@kirkland.com

*Counsel for Defendant Dick's Sporting Goods, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 30, 2025, I electronically filed the foregoing **ENTRY OF APPEARANCE** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Brendan E. Ryan*
Brendan E. Ryan