IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-md-03160-PAB-TPO

MDL No. 3160

IN RE ARCHERY PRODUCTS ANTITRUST LITIGATION

---

### ORDER NO. 2 – CONSOLIDATED COMPLAINTS AND RULE 12 MOTION DEADLINES

**Entered by Chief Judge Philip A. Brimmer**

The matter before the Court is the parties' proposed deadlines for the filing of the consolidated complaints and Rule 12 motions. The Court will adopt the schedule proposed by the parties at the November 20, 2025 initial hearing as follows:

| Case Event | Date |
|---|---|
| Plaintiffs to File Consolidated Complaints[1] | December 19, 2025 |
| Defendants to Answer or Move to Dismiss | February 27, 2026 |
| Plaintiffs to Oppose Motions to Dismiss (if any) | April 27, 2026 |
| Defendants to File Motion to Dismiss Replies | May 29, 2026 |

DATED November 20, 2025.

---

[1] Plaintiffs shall file two consolidated complaints, one on behalf of the Direct Purchaser Plaintiffs and one on behalf of the Indirect Purchaser Plaintiffs.