UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

Civil Action No. 25-md-03160-PAB-TPO

MDL No. 3160

IN RE ARCHERY PRODUCTS ANTITRUST LITIGATION

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Indirect Purchaser Plaintiffs hereby dismiss without prejudice their claims against Defendants TrackStreet, Inc. and NeuIntel, LLC in their entirety, with the parties to bear their own costs and attorneys' fees.

|  |  |
|---|---|
| Dated: February 6, 2026 | Respectfully submitted, |
|  | /s/ *Amanda M. Williams* |
|  | Amanda M. Williams (MN #0341691) |
|  | Casey D. Marshall (MN #0395512) |
|  | **BASSFORD REMELE P.A.** |
|  | 100 South Fifth Street, Suite 1500 |
|  | Minneapolis, MN 55402 |
|  | Telephone: (612) 333-3000 |
|  | Facsimile: (612) 333-8829 |
|  | Email: awilliams@bassford.com |
|  |  |
|  | Michael Montaño |
|  | **GUERRA LLP** |
|  | 345 California Street, Suite 600 |
|  | San Francisco, California 94104 |
|  | Telephone: (726) 336-7693 |
|  | Email: mmontano@guerrallp.com |
|  |  |
|  | ***Interim Co-Lead Counsel for the Indirect Purchaser Class*** |