IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

Civil Action No. 25-md-03160-PAB-TPO

MDL No. 3160

IN RE ARCHERY PRODUCTS ANTITRUST LITIGATION

---

**JOINT MOTION REGARDING
DISMISSALS WITH PREJUDICE OF DICK'S SPORTING GOODS, INC.**

---

Pursuant to Federal Rule of Civil Procedure 41(a) and this Court's Minute Order dated February 17, 2026, Docket No. 159, Direct Purchaser Plaintiffs, Indirect Purchaser Plaintiffs, and Defendant DICK'S Sporting Goods, Inc. ("DSG") (together "Movants") hereby stipulate and jointly move as follows.

1.      On February 6, 2026, Plaintiffs Matt Simcik, Shane Close, Jake Vale, Alex Janochoski, Jonathan Borreson, Don Eichman, Joe Kramer, Peter J. Sabatini, Peter A. Sabatini, Tim Reznich, Justen Goodall, Brock Montpetit, and David Tapia filed a Notice of Dismissal with Prejudice, dismissing their claims against DSG with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(i). Docket No. 148.

2.      Matt Simcik, Shane Close, Jake Vale, Alex Janochoski, Jonathan Borreson, Don Eichman, Joe Kramer, Peter J. Sabatini, Peter A. Sabatini, and Tim Reznich are, collectively, the plaintiffs who are specifically named in and who bring the Direct Purchaser Plaintiffs' Consolidated Amended Complaint. Docket No. 109 ¶¶ 1, 37-46.

3.      Justen Goodall asserts a claim as a direct purchaser in two related cases in this litigation. With Tanya Goodall, he is a plaintiff in *Goodall v. Hamskea Archery Solutions LLC*, No. 25-cv-02506, which was filed on August 12, 2025 in this District. He

1

is also the sole plaintiff in *Goodall v. Hoyt Archery, Inc.*, No. 26-cv-00345, which was transferred to this multidistrict litigation on January 27, 2026, after the Direct Purchaser Plaintiffs' Consolidated Amended Complaint had been filed. *See* Docket Nos. 136, 137. Mr. Goodall's Case No. 26-cv-00345 is the only case to have become part of this litigation after the filing of the consolidated complaints.

4.     Brock Montpetit and David Tapia are, collectively, the individual plaintiffs who are specifically named in and who bring the Indirect Purchaser Plaintiffs' Consolidated Class Action Complaint. Docket No. 110 at page 1 and ¶¶ 4-5. Mr. Montpetit and Mr. Tapia are the only indirect purchaser plaintiffs in this multidistrict litigation.

5.     The remaining plaintiffs in this multidistrict litigation asserted direct-purchaser claims prior to the filing of the consolidated complaints, but are not among the named plaintiffs who bring the consolidated complaints. *See* Docket Nos. 79-1, 109, 110. None of the remaining plaintiffs are actively litigating any claims against DSG at this time.

6.     On February 17, 2026, the Court entered a Minute Order where, pursuant to the Notice of Dismissal With Prejudice (Docket No. 148), the Court dismissed DSG with prejudice from 10 specific cases in this litigation corresponding to the cases in which Matt Simcik, Shane Close, Jake Vale, Alex Janochoski, Jonathan Borreson, Don Eichman, Joe Kramer, Peter J. Sabatini, Peter A. Sabatini, Tim Reznich, Brock Montpetit, and David Tapia are plaintiffs. Docket No. 159. The Court's Order did not dismiss DSG from *Goodall v. Hamskea Archery Solutions LLC*, No. 25-cv-02506, as Tanya Goodall is a plaintiff in that case. *Id.* at 1 n.1.

7.     Both Justen Goodall and Tanya Goodall intended to dismiss with prejudice their claims against DSG in *Goodall v. Hamskea Archery Solutions LLC*, No. 25-cv-02506.

8.	Justen Goodall also intended to dismiss with prejudice his claims against DSG in *Goodall v. Hoyt Archery, Inc.*, No. 26-cv-00345.

9.	Once the dismissals of the cases described in paragraphs 7 and 8 of this Motion are effectuated, every individual plaintiff named in the Direct Purchaser Plaintiffs' Consolidated Amended Complaint, every individual plaintiff named in the Indirect Purchaser Plaintiffs' Consolidated Class Action Complaint, and every plaintiff whose case became a part of this multidistrict litigation after the filing of those two consolidated complaints will have dismissed with prejudice their claims against DSG. *See* Docket No. 109 ¶¶ 1, 37-46; Docket No. 110 at page 1 and ¶¶ 4-5. Thus, as far as undersigned counsel are aware, no plaintiff will be actively litigating claims against DSG in this multidistrict litigation.

10.	As a result of these dismissals with prejudice, Movants stipulate and agree that DSG is no longer a party to any claim asserted in the Direct Purchaser Plaintiffs' Consolidated Amended Complaint or the Indirect Purchaser Plaintiffs' Consolidated Class Action Complaint. DSG thus has no obligation to answer or otherwise respond to either consolidated complaint. Furthermore, DSG has no present obligation to answer or otherwise respond to any current complaint in this multidistrict litigation.

WHEREFORE Movants jointly move that the Court enter an order as follows:

a.	Ordering that DSG has no obligation to answer or otherwise respond to the Direct Purchaser Plaintiffs' Consolidated Amended Complaint, Docket No. 109, or the Indirect Purchaser Plaintiffs' Consolidated Class Action Complaint, Docket No. 110.

b.	Ordering that DSG has no present obligation to answer or otherwise respond to any current complaint in this multidistrict litigation.

c.	Granting such other and further related relief as the Court deems proper.

Dated: March 17, 2026

/s/ *Eric Olson*
Eric Olson
Noah Nix
**Olson Grimsley Kawanabe Hinchcliff & Murray LLC**
700 17th Street, Suite 1600
Denver, CO 80202
(303) 535-9151
eolson@olsongrimsley.com
nnix@olsongrimsley.com

*Liaison & Trial Counsel for Direct Purchaser Plaintiffs*

/s/ *David W. Kesselman*
David W. Kesselman
Amy T. Brantly
Abiel Garcia
**Kesselman, Brantly, Stockinger LLP**
1230 Rosecrans Avenue, Suite 400
Manhattan Beach, CA 90266
(310) 307-4555
dkesselman@kbslaw.com
agarcia@kbslaw.com
abrantly@kbslaw.com

/s/ *Gregory S. Asciolla*
Gregory S. Asciolla
Alexander E. Barnett
Theodore J. Salem-Mackall*
**DiCello Levitt LLP**
485 Lexington Avenue, Suite 1001
New York, NY 10017
(646) 933-1000
gasciolla@dicellolevitt.com
abarnett@dicellolevitt.com
tsalemmackall@dicellolevitt.com

/s/ Gary I. Smith, Jr.
Gary I. Smith, Jr.
**Hausfeld LLP**
580 California Street, 12th Floor
San Francisco, CA 94101
(415) 633-1908
gsmith@hausfeld.com

In Kyung (Jane) Shin
Will Hanna
**Hausfeld LLP**
1200 17th Street N.W., Suite 600
Washington, DC 20036
jshin@hausfeld.com
whanna@hausfeld.com

/s/ Kimberly A. Justice
Kimberly A. Justice
Matthew W. Ruan
**Freed Kanner London & Millen LLC**
923 Fayette Street
Conshohocken, PA 19428
(610) 234-6486
kjustice@fklmlaw.com
mruan@fklmlaw.com

*Interim Co-Lead Class Counsel for Direct Purchaser Plaintiffs*

*Not barred in New York. Only barred in Washington, DC. Practicing under the supervision of New York attorneys.

/s/ Amanda M. Williams
Amanda M. Williams (MN #0341691)
**Bassford Remele P.C.**
100 South Fifth Street, Suite 1500
Minneapolis, MN 55402
Telephone: (612) 333-3000
Facsimile: (612) 333-8829
Email: awilliams@bassford.com

Michael Montaño
**Guerra LLP**
345 California Street, Suite 600
San Francisco, California 94104
Telephone: (726) 336-7693
Email: mmontano@guerrallp.com

*Interim Co-Lead Class Counsel for Indirect Purchaser Plaintiffs*

/s/ *Daniel E. Laytin*
Daniel E. Laytin
Christa C. Cottrell
**Kirkland & Ellis LLP**
333 West Wolf Point Plaza
Chicago, IL 60654
(312) 862-2000
dlaytin@kirkland.com
ccottrell@kirkland.com

*Attorneys for Defendant Dick's Sporting Goods, Inc.*