IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

Civil Action No. 25-md-03160-PAB-TPO

MDL No. 3160

IN RE ARCHERY PRODUCTS ANTITRUST LITIGATION

---

**Declaration of Brad Duerr in Support of
Defendant Scheels All Sports, Inc.'s Motion to Compel Arbitration and Stay Proceedings**

---

I, Brad Duerr, hereby declare and state as follows:

1.      I am an adult over the age of 18 and a resident of the state of North Dakota. The information set forth herein is true and correct and is based on my own personal knowledge unless otherwise stated, and if asked to testify thereto, I would do so competently.

2.      I am currently employed as an Ecommerce Leader by Scheels All Sports, Inc. ("Scheels"). I have been employed by Scheels since 2012. In my present role, I provide support for various parts of Scheels' business, including its ecommerce operations and online customer experience.

3.      I am knowledgeable about Scheels' Terms & Conditions and account registration processes, including the systems that support these procedures. Through my position and tenure at Scheels, as well as a review of records and information maintained in the ordinary course of business, I am well-acquainted with the layout of relevant screens and the sign-up flows pertinent to this matter.

4.      Scheels is a North Dakota-based retailer with 34 retail locations across 16 states

and an internet storefront called Scheels.com. Scheels' internet storefront enables it to sell and distribute goods to customers throughout the United States.

5.      The relationship between Scheels and customers who elect to make online purchases or register for Scheels accounts is governed by Scheels' Terms & Conditions. Scheels maintains an electronic version of these Terms & Conditions on its website at https://www.scheels.com/policies/terms-and-conditions.

6.      Scheels first incorporated a "Disputes, Arbitration, and Applicable Law" ("Disputes") section containing an arbitration agreement in its Terms & Conditions in May 2024. Attached as **Exhibit B** is a true and correct copy of Scheels' Terms & Conditions from May 2024.

7.      In June 2025, Scheels amended its Terms & Conditions but did not materially change the Disputes section. A true and correct copy of the June 2025 Terms & Conditions is attached to this Declaration as **Exhibit A**.

8.      The Terms & Conditions page containing the arbitration agreement is hyperlinked throughout Scheels' website.

9.      At all times since May 2024, a hyperlink to the Terms & Conditions has been featured at the bottom of Scheels' website. The image below, which is also attached as **Exhibit C**, is a true and correct representative copy of a portion of the home page of Scheels.com that directs users to its Terms & Conditions.

© 2026 SCHEELS SPORTS

Privacy Policy    Cookie Policy    California Privacy Rights    Terms & Conditions    Accessibility Statement    No Surprise Act    ACA Transparency MRF

10.     At all times since May 2024, a hyperlink to the Terms & Conditions has also been

featured when users register accounts on Scheels' website. The image below, which is also attached as **Exhibit D**, is a true and correct representative copy of the notification that users saw when registering their Scheels accounts after May 2024. The option to select "Create Account" cannot be selected until all required information is provided. Users must click "Create Account" to complete registration. The phrase "Terms of Use" is hyperlinked to Scheels' Terms & Conditions.

By registering an account, you agree to our Terms of Use.

11.     At all times since September 2024, a hyperlink to the Terms & Conditions has also been featured when registered and non-registered users make purchases on Scheels' website. The image below, which is also attached as **Exhibit E**, is a true and correct representative copy of the notification that users saw when purchasing goods on Scheels' website after September 2024. The option to select "PLACE ORDER" cannot be selected until all required information is provided. Users must click "PLACE ORDER" to complete their purchase. The phrase "Terms & Conditions" is hyperlinked to Scheels' Terms & Conditions.

By placing this order, you agree to SCHEELS Terms & Conditions, Privacy Policy, and to opt-in for marketing communications.

12.     Scheels maintains records of account registrations and purchases on its website in the ordinary course of business. These records contain contact information like email addresses,

3

home addresses, and phone numbers. If provided with similar contact information, Scheels can determine if an individual has registered a Scheels account or purchased from Scheels' website. I understand that Plaintiffs provided such contact information.

13.     Scheels' records reflect that an individual with contact information belonging to Plaintiff Matt Simcik created a Scheels.com account on December 4, 2025. Scheels' records also reflect that individuals by the names of Shane Close and Joe Kramer created Scheels.com accounts after May 2024.

14.     Scheels' records reflect that individuals with contact information belonging to Plaintiffs Brock Montpetit, Alex Janochoski, Peter A. Sabatini, and Peter J. Sabatini made purchases on Scheels.com after May 2024. Scheels' records also reflect that individuals by the names of Shane Close and Joe Kramer made purchases on Scheels.com after May 2024. A true and correct copy of a document reflecting the data Scheels identified for those purchases is attached to this Declaration as **Exhibit F**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 20, 2026, in Fargo, North Dakota.

By: *Brad Duerr*

Brad Duerr

4