# EXHIBIT B

# Terms & Conditions

<u>Rights To Content</u>

## User Agreement

IMPORTANT: THIS TERMS OF USE AGREEMENT INCLUDES A CLASS ACTION WAIVER THAT REQUIRES ARBITRATION ON AN INDIVIDUAL BASIS TO RESOLVE DISPUTES. IN ARBITRATION THERE IS LESS DISCOVERY AND APPELLATE REVIEW THAN IN COURT. DETAILS ARE SET FORTH BELOW IN THE SECTION TITLED "DISPUTES, ARBITRATION, AND APPLICABLE LAW". PLEASE REVIEW CAREFULLY.

Thank you for taking the time to review this Terms of Use Agreement ("Agreement" or "Terms of Use"). SCHEELS All Sports, Inc. ("SCHEELS", "We," "Us," or "Our") is pleased to provide scheels.com ("This Site") and the SCHEELS Community ("Community") to all individuals age 13 and over, subject to these Terms of Use, at the following Internet site - www.scheels.com.

This Agreement is a legal contract between you and SCHEELS. By registering for or using the Community or any of its related services, you agree that you have read and understand these terms and Our Rules of the Road and you agree to be bound by them. If you do not agree to these terms, do not use or otherwise access the Community.

We reserve the right, in our sole discretion, to modify this Agreement at any time. Modified terms are effective as soon as they are posted. We also reserve the right to waive or modify any of these terms as they apply to a specific posting or member without affecting the application of these terms to all other postings and members. Your continued use of the Community, or any materials or services accessible through it, after modified terms are posted means you accept the modifications.

Our use of your personal information collected on the Site is governed by the terms of the scheels.com Privacy Policy. The scheels.com Privacy Policy sets forth our sole obligations with respect to user data and privacy. To view our Privacy Policy, click on the privacy link at the footer of each page. To the extent there is a conflict between SCHEELS' Online Privacy Practices Policy and this Agreement, this Agreement's terms will govern.

By using This Site, you agree that SCHEELS reserves the right to charge a service fee for any transaction that, in our sole discretion, we deem outside a standard consumer purchase, including orders placed by bots, high-volume orders with probable intent to resell, and orders placed through automated means.

## Trademarks and Copyrights

All content on scheels.com including page headers, logos, images, illustrations, graphics, audio clips, video clips and text are subject to trademark, copyright or other intellectual property rights by SCHEELS. You may not download, copy, reproduce, modify, publish, or distribute any of the shown content without written permission from SCHEELS. This Site is intended for personal, non-commercial use. You may download, print, and store selected portions of this site provided you: only use the copies of the content for your personal non-commercial use, do not broadcast any portion of scheels.com in any media, and you do not modify or alter the content in any way or delete or change any copyright or trademark notices.

## Your Accuracy

You agree to supply only accurate, current, and complete information when setting up an account on this site, making a purchase, or otherwise using the site or related services. You also agree to review and correct any information that is supplied to you or that scheels.com draws from to ensure that it is always accurate. SCHEELS reserves the right to delete information by any member at its discretion.

## Colors

SCHEELS has tried our best to accurately display the colors of products shown on This Site. However, since the colors you will see depend on your monitor, we cannot guarantee your monitor's display of any color will be accurate.

## Errors and Inaccuracies

SCHEELS acknowledgment of your order means that your order request has been received; it does not mean that your order has been accepted or shipped or that the price of an item has been confirmed. We make every effort to describe/display our products accurately on site and despite these efforts, a small number of items on site

may be mispriced or described inaccurately. As a result, we cannot and do not guarantee the accuracy of information including prices, images, and specifications. SCHEELS reserves the right to change or update information and to correct errors, and inaccuracies, at any time without prior notice. If an item's correct price is higher than our stated price, or if we determine that there were inaccuracies in our product information, we will cancel your order and notify you of such cancellation. We do our best to keep inventory levels accurate; however, should your item be out of stock, you'll receive communication, and we will refund the purchase price to the payment method on file. We do apologize for any inconvenience.

# Registration

To register as a scheels.com member and Community user, you will need to create a screen name to identify yourself to others. You must be legally competent to enter into contracts. You may not have a screen name that is vulgar, attempts to impersonate another person or violates the rights of others, including the intellectual property rights of any person or entity. We also may reject any screen name that we determine in our discretion is unacceptable for use on the Community. The information you provide during registration must be accurate and complete, and you agree not to register under the name of another person or otherwise impersonate any other person, including any Community user, moderator, public figure, or SCHEELS employee. If, after investigation, SCHEELS has reasonable grounds to suspect that your information is untrue, inaccurate, not current, or incomplete, we may suspend or terminate your account and prohibit future use of the Community. We explicitly disclaim liability for any and all losses and damages arising from your failure to comply with this section.

# Personal Responsibility

You are solely responsible for your use of the Community. You are responsible for all activities under your screen name, including the use of your screen name by others. You are responsible for keeping your password confidential. You may use the Community for lawful purposes only. We take no responsibility and have no liability for any content you or any other user may post. User-posted content does not represent the advice, views, opinions, or beliefs of SCHEELS, and we make no claim of the accuracy of any user-posted material. The Community may contain or reference links to non-SCHEELS websites ("third party websites"). By accessing the Community or following links to third-party websites, you may be exposed to content that you consider offensive or inappropriate. SCHEELS is not responsible for the content of any third-party website or any link contained in a third-party website. The inclusion of a link

within the Community does not imply any endorsement by or any affiliation with Us. Access to any third-party website is at your own risk, and you should be aware that third-party websites may contain terms and privacy policies that are different from the Community. We are not responsible for such provisions and expressly disclaim any liability for them. In connection with your use of the Community, you may be made aware of services, products, articles, offers, and promotions provided by third parties, and not by Us. If you decide to use these third-party services, you are responsible for reviewing and understanding the terms and conditions governing those services. You agree that the third party, and not SCHEELS, is responsible for the performance of the services. You are bound by our Rules of the Road, please review them carefully and periodically. The Community relies upon its users to identify and report content or conduct that is in contravention of the Rules of the Road. Therefore, it is each member's responsibility to report objectionable content by utilizing the "Report as inappropriate" functionality available throughout the Community.

## Monitoring and Moderation

SCHEELS has designated Community Moderators. Community Moderators do not pre-screen postings or monitor on a "real-time" basis. Community Moderators have the right, but not the obligation, to edit or remove content and postings at their discretion, either because there has been a violation of this Agreement or the Rules of the Road, or for any other purpose. Community Moderators are the only authorized representatives of SCHEELS in the Community. The Community Moderators may or may not investigate any complaint that is brought to their attention, and may or may not take appropriate action, including, but not limited to issuing warnings, removing the content, or suspending or terminating the user name. Because situations and interpretations vary, it is possible that no action will be taken whatsoever. The failure to act with respect to a violation by you or others does not waive the ability to act differently with respect to subsequent or similar violations.

## Warnings, Suspensions, and Terminations

Community Moderators may communicate with you personally concerning your participation in the Community or related matters. Those communications are not intended to be made public, and you agree not to post or otherwise disseminate those communications within the Community or elsewhere, on the Internet or otherwise. You agree that your membership in and access to the Community may be immediately suspended or terminated without explanation or prior notice. Without limiting the foregoing, the following will lead to a termination of a user's membership in and access

to the Community: 1) breaches or violations of this Agreement, Our Rules of the Road, or other incorporated agreements or guidelines, 2) requests by law enforcement or other government agencies, 3) a request by you (self-initiated account deletions), 4) unexpected technical issues or problems, and 5) extended periods of inactivity. Termination of your Community membership includes removal of access to all offerings within the Community and may also bar you from further use of the Community. Furthermore, you agree that neither SCHEELS nor the Community Moderators shall be liable to you or any third-party for any termination of your membership in or access to the Community.

# Rights to Content

For any content that you submit, including, but not limited to, data, text, messages, files, documents, images, photographs, videos, audiovisual works, musical compositions, sound recordings, postings, your and/or other persons' names, likenesses, voices, screen names, profiles, actions, appearances, performances and/or other biographical information or material, and any other materials, you grant SCHEELS a perpetual, irrevocable, royalty-free, transferable right and license to use, copy, modify, delete in its entirety, adapt, publish, translate, create derivative works from and/or sell and/or distribute such content and/or incorporate such content into any form, medium or technology throughout the world, on an unrestricted basis for any purpose, without the requirement of any permission from or compensation to you. None of the content that you submit shall be subject to any obligation of confidence on the part of SCHEELS, its agents, subsidiaries, affiliates, partners, or third-party service providers and their respective directors, officers, and employees. All content that you submit may be used at SCHEELS' sole discretion. We shall not be liable for any use or disclosure of any content. Without limiting the foregoing, you hereby grant Us, without the requirement of any permission from or payment to you or to any other person or entity, a perpetual, irrevocable, transferable, fully-paid, royalty-free, non-exclusive, and sub-licensable worldwide license to use, re-use, reproduce, print, transmit, publish, exhibit, display, distribute, re-distribute, copy, host, cache, archive, store, index, categorize, stream, comment on, edit, alter, modify, adapt, translate, create derivative works based upon such content, or use such content for associate and/or data training purposes, in whole or in part all without further notice to you and with or without attribution.

# Product Restrictions

Federal, state, and/or local restrictions apply to the sale of certain products. Upon entering this site and viewing such products you agree that you are of legal age to purchase and/or view age restricted products.

**Please Note:** Review your federal, state and/or local restrictions; some local and state laws have further restrictions or require a permit or license to purchase ammunition or firearms.

## Privacy and Security

Any content that you place on the Community is posted at your own risk, and can be obtained and used by others. Do not reveal information that you do not want to make public. SCHEELS disclaims any responsibility or liability arising from your disclosure of such personal information, or any other information, in any profile or posting. SCHEELS reserves the right to instruct the Community Moderators to remove any postings in the Community containing phone numbers, street addresses, or otherwise personally identifying information as it cannot verify such information or confirm the desire of said information to be posted by the individual to which this information pertains. By submitting your email address to register, you agree that SCHEELS, its third-party service providers, and the Community Moderators may use your email address to contact you about your profile or any content you post on the Community, and for other administrative purposes related to the Community. For more information, see our full Privacy Policy.

## Indemnification

You hereby agree to indemnify, defend, and hold SCHEELS, the Community Moderators, and all respective officers, directors, owners, employees, agents, representatives and assigns (collectively, the "Indemnified Parties") harmless from and against any and all losses, damages, liabilities and costs (including, without limitation, settlement costs and any legal or other fees and expenses for investigating or defending any actions or threatened actions) incurred by the Indemnified Parties in connection with any claim arising out of any breach by you of this Agreement or the Rules of the Road or claims arising from your content or conduct. You shall use your best efforts to cooperate with us in the defense of any claim. We reserve the right, at our own expense, to employ separate counsel and assume the exclusive defense and control of any matter otherwise subject to indemnification by you.

## Disclaimer of Warranties

THE CONTENT ON THE COMMUNITY (INCLUDING, WITHOUT LIMITATION, POSTINGS, THIRD PARTY CONTENT, AND ANY SCHEELS CONTENT) IS PROVIDED "AS IS" AND CARRIES NO WARRANTIES. SCHEELS DOES NOT WARRANT OR GUARANTEE THE ACCURACY, RELIABILITY, COMPLETENESS, USEFULNESS, NON-INFRINGEMENT OF INTELLECTUAL PROPERTY RIGHTS, OR QUALITY OF ANY CONTENT ON THE COMMUNITY, REGARDLESS OF WHO ORIGINATES THAT CONTENT. SCHEELS DOES NOT WARRANT THAT THE COMMUNITY IS SECURE, FREE FROM BUGS, VIRUSES, INTERRUPTION, ERRORS, OR OTHER LIMITATIONS. YOU EXPRESSLY UNDERSTAND AND AGREE THAT YOU BEAR ALL RISKS ASSOCIATED WITH USING OR RELYING ON THAT CONTENT. SCHEELS IS NOT LIABLE OR RESPONSIBLE IN ANY WAY FOR ANY CONTENT POSTED ON OR LINKED FROM THE COMMUNITY, INCLUDING, BUT NOT LIMITED TO, ANY ERRORS OR OMISSIONS IN CONTENT, OR FOR ANY LOSSES OR DAMAGE OF ANY KIND INCURRED AS A RESULT OF THE USE OF OR RELIANCE ON ANY CONTENT.

## Limitation of Liability

MOST OF THE CONTENT (INCLUDING, WITHOUT LIMITATION, THE POSTINGS AND THIRD PARTY CONTENT) POSTED TO THE COMMUNITY IS PROVIDED BY REGISTERED THIRD PARTIES NOT AFFILIATED WITH SCHEELS. SUCH THIRD-PARTY CONTENT IS THE SOLE RESPONSIBILITY OF THE PERSON ORIGINATING THAT CONTENT. YOU AGREE THAT SCHEELS DOES NOT CONTROL, AND IS NOT RESPONSIBLE IN ANY WAY FOR THIS THIRD-PARTY CONTENT. ADDITIONALLY, YOU AGREE THAT SCHEELS IS NOT LIABLE FOR, AND YOU SHALL INDEMNIFY AND HOLD SCHEELS, AND ITS SUBSIDIARIES, AFFILIATES, OFFICERS, AGENTS, MODERATORS, AND EMPLOYEES HARMLESS FROM ANY CLAIM, INCLUDING REASONABLE ATTORNEY'S FEES, MADE BY ANY THIRD PARTY RELATING TO OR ARISING OUT OF CONTENT YOU SUBMIT, POST, TRANSMIT, OR MAKE AVAILABLE THROUGH THE COMMUNITY, YOUR USE OF THE COMMUNITY, YOUR VIOLATION OF THIS AGREEMENT OR THE RULES OF THE ROAD OR YOUR VIOLATION OF ANY RIGHTS OF ANOTHER. TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, SCHEELS AND ITS REPRESENTATIVES ARE NOT LIABLE FOR ANY INDIRECT, SPECIAL, INCIDENTAL, OR CONSEQUENTIAL DAMAGES (INCLUDING DAMAGES RELATING TO LOSS OF BUSINESS, TELECOMMUNICATION FAILURES, LOSS, CORRUPTION, SECURITY, OR THEFT OF DATA, LOSS OF PROFITS OR INVESTMENT, ACCOUNTING POSITIONS TAKEN BY YOU, OR THE LIKE), WHETHER BASED ON BREACH OF CONTRACT, BREACH OF WARRANTY, TORT (INCLUDING NEGLIGENCE), STRICT LIABILITY, PRODUCT LIABILITY OR OTHERWISE, EVEN IF

SCHEELS OR ITS REPRESENTATIVES HAVE BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES AND EVEN IF A REMEDY SET FORTH HEREIN IS FOUND TO HAVE FAILED OF ITS ESSENTIAL PURPOSE. THE LIMITATIONS OF DAMAGES SET FORTH ABOVE ARE FUNDAMENTAL ELEMENTS OF THE BASIS OF THE BARGAIN BETWEEN SCHEELS AND YOU. THESE LIMITATIONS MAKE IT POSSIBLE FOR SCHEELS TO PROVIDE THE COMMUNITY TO YOU. * *

## RULES OF THE ROAD

The SCHEELS Community is open to all points of view on the intended business-related topics, and we are committed to maintaining a comfortable environment for all visitors. Please interact with other users respectfully, as you would in any public or professional arena. If you disagree with the statements of another user, it is acceptable to engage in polite, mature debate. Name-calling, personal attacks, harassment, and other aggressive postings or behavior are not allowed. All terms in this document are consistent with the terms as defined in the User Agreement. The following content and conduct are not allowed in the Community, and are cause for screen name suspension or termination without explanation or prior notice. Your posts or other communications that include the following content or reflect prohibited conduct, as described below, may be subject to removal. By participating in the Community, you understand and agree not to engage in, encourage, or otherwise support any of the following: Illegal or fraudulent activity or any harm to the Community or it users* You agree not to engage in, promote, or advocate any illegal activity or fraudulent schemes of any kind - including, but not limited to, money laundering, tax evasion, securities fraud, and pyramid or multi-level marketing schemes - through your postings or other use of the Community. You also agree not to post links to other websites that engage in such activities. Do not submit content that you know is false, inaccurate, libelous, or otherwise misleading in any way, and do not mislead Us or others regarding the origin of posted content. Do not submit content that contains any computer viruses, worms, or other potentially damaging computer programs or files You must not intentionally impersonate or misrepresent your business or qualifications. Do not post or transmit material you do not have the right to post or transmit under law (such as copyright, trade secret or securities) or due to your personal contractual or fiduciary relationships. Do not post material that violates any applicable law or regulation, including, without limitation, the rules and regulations of the U.S. Securities and Exchange Commission and the national or other securities exchanges, (especially and including the rule against making false or misleading statements to manipulate the price of any security). Do not offer, sell, or buy any security through the Community. You may not use the Community in any manner that could damage, disable, overburden, or impair Our servers or networks, or interfere with any other user's use and enjoyment of the

Community. You may not attempt to gain unauthorized access to any services, screen names, computer systems or networks, through hacking, password mining or any other means. We may take any legal and technical remedies necessary to prevent the violation of this provision. Profane, obscene, inappropriate, disruptive, and unrelated content* Indecent, profane, sexually explicit, obscene, or pornographic material of any kind - including masked profanity where symbols, initials, intentional misspellings, or other characters are used to suggest profane language - is strictly prohibited. Threats, personal attacks, abusive, defamatory, derogatory, or inflammatory language, or stalking or harassment of any individual, entity or organization is strictly prohibited. Discriminatory or hateful speech of any kind regarding age, gender, race, religion, nationality, sexual orientation, or disability is strictly prohibited. You agree not to engage in any spamming or excessive posting, or submit content that is disruptive, off-topic, deliberately intended to have a negative impact on the Community or its users, or otherwise interfere with the ability of others to enjoy or comfortably use the Community. Common Courtesy, Complaints and Etiquette Do not post any personal or identifying information about another person, including addresses, email addresses, contact information, or phone numbers, and use care in posting your personal or identifying information. Maintain courtesy and follow good posting etiquette. Posting with ALL CAPS, HTML tags, or excessive typographic symbols may result in your post being removed. The Community should not be used to report a SCHEELS customer service issue. To get help with an issue, please visit our support page. Any posts complaining about an individual SCHEELS customer service issue are subject to removal. Do not engage in disruptive, antisocial or destructive acts, including "flaming," "flooding," "spamming," "griefing" and "trolling," as those terms are commonly understood. Solicitations and promotions and other commercial use You agree not to post, or otherwise make available in the Community, any content or third-party website, with the intent of harming the flow of information and/or participation in the SCHEELS Community that is competitive with or which otherwise benefits competitors of SCHEELS, including but not limited to promoting competing sites that provide message boards, forums, chats, blogs, etc. Posting unsolicited or unauthorized advertising, promotional materials, junk mail, spam, chain letters, or pyramid or multi-level marketing schemes, or using automated means, including spiders, robots, crawlers, data-mining tools, or other means to download data from the Community is strictly prohibited. Copyright and intellectual property violations Infringement on any party's copyright, patent, trademark, trade secret, intellectual property or other proprietary rights, or right of publicity or privacy is strictly prohibited and is the sole responsibility of the user. By submitting any content to the Community, you warrant and represent that you are the copyright owner of the content or that the copyright owner of the content has granted you permission to use such content consistent with the manner and purpose of your use. Using the Community to distribute unauthorized copies of copyrighted material,

including photos, artwork, text, recordings, designs, computer programs, or derivative works of such programs is strictly prohibited and subject to removal.

# Mobile Messaging Terms of Service

The Scheels mobile message service (the "Service") is operated by SCHEELS ("Scheels", "we", or "us"). Your use of the Service constitutes your agreement to these terms and conditions ("Mobile Terms"). We may modify or cancel the Service or any of its features without notice. To the extent permitted by applicable law, we may also modify these Mobile Terms at any time and your continued use of the Service following the effective date of any such changes shall constitute your acceptance of such changes.

By consenting to Scheels's SMS/text messaging service, you agree to receive recurring SMS/text messages from and on behalf of Scheels through your wireless provider to the mobile number you provided, even if your mobile number is registered on any state or federal Do Not Call list. Text messages may be sent using an automatic telephone dialing system or other technology. Service-related messages may include updates, alerts, and information (e.g., order updates, account alerts, etc.). Promotional messages may include promotions, specials, and other marketing offers (e.g., cart reminders).

You understand that you do not have to sign up for this program in order to make any purchases, and your consent is not a condition of any purchase with Scheels. Your participation in this program is completely voluntary.

We do not charge for the Service, but you are responsible for all charges and fees associated with text messaging imposed by your wireless provider. Message frequency varies. Message and data rates may apply. Check your mobile plan and contact your wireless provider for details. You are solely responsible for all charges related to SMS/text messages, including charges from your wireless provider.

You may opt-out of the Service at any time. Text the single keyword command STOP to +18778429308 or click the unsubscribe link (where available) in any text message to cancel. You'll receive a one-time opt-out confirmation text message. No further messages will be sent to your mobile device, unless initiated by you. If you have subscribed to other Scheels mobile message programs and wish to cancel, except where applicable law requires otherwise, you will need to opt out separately from those programs by following the instructions provided in their respective mobile terms.

For Service support or assistance, text HELP to +18778429308 or email privacy@scheels.com.

We may change any short code or telephone number we use to operate the Service at any time and will notify you of these changes. You acknowledge that any messages, including any STOP

or HELP requests, you send to a short code or telephone number we have changed may not be received and we will not be responsible for honoring requests made in such messages.

The wireless carriers supported by the Service are not liable for delayed or undelivered messages. You agree to provide us with a valid mobile number. If you get a new mobile number, you will need to sign up for the program with your new number.

To the extent permitted by applicable law, you agree that we will not be liable for failed, delayed, or misdirected delivery of any information sent through the Service, any errors in such information, and/or any action you may or may not take in reliance on the information or Service.

We respect your right to privacy. To see how we collect and use your personal information, please see our Privacy Notice.

# Disputes, Arbitration, and Applicable Law

SCHEELS Customer Service Experts are here to address your concerns and provide assistance—please email contactus@scheels.com if you are in need of assistance.

For purposes of this Disputes, Arbitration, and Applicable Law Section ("Disputes Section"), SCHEELS (or "SCHEELS") shall include its subsidiaries, affiliates, agents, employees, predecessors in interest, successors, and assigns.

EXCEPT FOR DISPUTES THAT QUALIFY FOR SMALL CLAIMS COURT, YOU AGREE THAT ALL DISPUTES ARISING OUT OF OR RELATED TO THESE TERMS OF USE OR ANY ASPECT OF THE RELATIONSHIP BETWEEN YOU AND SCHEELS, INCLUDING ANY PRODUCTS OR SERVICES OFFERED OR SOLD BY SCHEELS, WILL BE RESOLVED THROUGH FINAL AND BINDING ARBITRATION BEFORE A SINGLE NEUTRAL ARBITRATOR INSTEAD OF IN A COURT BY A JUDGE OR JURY. YOU AND SCHEELS AGREE THAT EACH GIVE UP THE RIGHT TO BRING AND PROSECUTE ANY DISPUTES INVOLVING SCHEELS IN A COURT OF LAW OR BEFORE A JURY TO THE FULLEST EXTENT PERMITTED BY LAW. YOU ALSO WAIVE YOUR RIGHT TO BRING OR PARTICIPATE IN CLASS ACTIONS OR REPRESENTATIVE ACTIONS. This paragraph may be referred to as the "Arbitration Agreement" in this Terms of Use Agreement.

In arbitration, there is no judge or jury, no class actions, and court review of an arbitration award is limited. An arbitrator can award on an individual basis the same damages and relief as a court, in favor or against only the parties to the arbitration and

only to the extent necessary to provide the relief warranted by the parties' individual claim. The arbitrator may not award relief to any person or entity other than a party to the arbitration proceeding. The arbitrator must follow these Terms of Use as a court would. The arbitrator may not consider any prior settlement offers in making the decision. The arbitrator shall issue a reasoned written decision sufficient to explain the essential findings and conclusions on which the reward is based. The arbitration award shall only be binding to the parties to the arbitration and shall have no effect in any other arbitration or proceeding involving a different party.

If You and SCHEELS have a "Dispute" (any claims, controversies, or disputes arising out of or relating to any aspect of the relationship between You and SCHEELS, your access or use of This Site, or any products or services offered by SCHEELS through This Site or our stores, whether based in contract, tort, statute, fraud, misrepresentation, or any other legal theory), and our customer service team is unable to resolve the concern, You and SCHEELS agree to make a good faith effort to resolve the Dispute informally prior to initiating a formal arbitration proceeding. Any arbitration required by the Arbitration Agreement shall be initiated by You or SCHEELS sending the other a written demand for arbitration only via first-class mail, FedEx, or UPS within the period of the statute of limitations. Your demand for arbitration shall be delivered to 1707 Gold Drive Fargo, ND 58103. The demand for arbitration must include the name, telephone number, mailing address, and email address of the person or entity seeking arbitration; a statement of the legal claims asserted and the factual basis for those claims; a description of the remedy sought and an accurate calculation in good faith of the amount in controversy, the original personal signature of the party seeking arbitration; and the original personal signature of any legal counsel or representative purporting to represent the party seeking arbitration. For purposes of this section, an "original personal signature" does not include any digital, scanned, electronic, facsimile, or copied signature. An original personal signature on the demand for arbitration certifies that the demand for arbitration is not being presented for any improper purpose, such as to harass, cause delay, or needlessly increase the cost of litigation; the claims and other legal contentions are warranted by existing law; and the factual contentions have evidentiary support or, if identified as such specifically, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery. The original personal signature by the party seeking arbitration will verify under penalty of perjury that the factual statements contained in the demand for arbitration are true, correct, and in good faith.

A party seeking arbitration of any dispute or claim subject to the Arbitration Agreement shall submit a copy of the demand for arbitration to the American Arbitration Association ("AAA") sixty or more days after the demand for arbitration is initiated pursuant to the

preceding paragraph. The arbitration will be administered by the AAA. If the AAA is unavailable or unwilling to administer arbitrations consistent with this Disputes Section, another arbitration provider shall be selected by the parties that will administer arbitrations consistent with this Disputes Section. If the parties cannot agree on an arbitration provider, one shall be selected by the court that will administer arbitrations consistent with this Disputes Section.

The AAA Consumer Arbitration Rules shall apply as modified by this Disputes Section. Except as expressly provided in this Disputes Section, the arbitrator shall have the exclusive authority to resolve any Dispute relating to the interpretation, applicability, enforceability, or formation of this Disputes Section, including, but not limited to, a claim that all or any part of it is voidable or void. The parties shall be responsible for their own attorneys' fees and costs in arbitration unless they are authorized by law or the arbitrator determines that a claim was frivolous or brought for an improper purpose or in bad faith. The arbitrator shall have the authority under Federal Rule of Civil Procedure 11 to issue sanctions against any party and counsel as a court would. In addition, the provisions of Federal Rule of Civil Procedure 68 shall apply and be enforced by the arbitrator. The arbitration may be conducted by telephone, based on written submissions, or in person at a mutually agreed location as set forth in the AAA rules. You and a SCHEELS representative shall personally appear (with counsel if you and we are represented) at an initial telephone conference with a case manager before any arbitrator is appointed and at a hearing should one be scheduled by the arbitrator.

YOU AND SCHEELS AGREE TO BRING ANY DISPUTE ON AN INDIVIDUAL BASIS ONLY, AND NOT ON A CLASS, CONSOLIDATED, REPRESENTATIVE, COLLECTIVE, OR PRIVATE ATTORNEY GENERAL BASIS IN ARBITRATION AND LITIGATION. IF FOR ANY REASON A CLAIM PROCEEDS IN COURT RATHER THAN IN ARBITRATION, YOU AND SCHEELS WAIVE ANY RIGHT TO A JURY TRIAL AND TO PARTICIPATE IN A CLASS ACTION AGAINST THE OTHER TO THE FULLEST EXTENT PERMITTED BY LAW. You and SCHEELS each agree to have the right to have any dispute or claim subject to the Arbitration Agreement brought, heard, administered, resolved, or arbitrated as a class arbitration, class action, or collective action to the maximum extent permitted by law. The arbitrator may not issue a "public injunction" and any such "public injunction", if permitted, may be awarded only by a federal or state court. If any party is permitted to seek a "public injunction," all other claims for relief must be adjudicated in arbitration first and any such claim for a "public injunction" in federal or state court stayed until the arbitration is completed, after which the federal or state court can adjudicate the party's claim for "public injunctive relief." In doing so, the federal or state court is bound under principles of claim or issue preclusion by the decision of the arbitrator.

The Federal Arbitration Act governs the interpretation and enforcement of this Disputes Section. If the Federal Arbitration Act is found not to apply to any portion of the Disputes Section of this Terms of Use Agreement, then the applicable laws of the State of North Dakota shall apply without regard to choice-of-law principles.