# EXHIBIT C





## TODAY'S TOP PICKS FOR YOU









**NEW PRODUCT**

2025 Panini Donruss Optic NFL Trading Card Mega Box

$49.99

★★★★★ (1)

ADD TO CART

Gift Card

$10.00 - $100.00

★★★★★ (1334)

ADD TO CART

**SCHEELS EXCLUSIVE**

Garmin ECHOMAP UHD2 93sv Fish Finder with GN+ and LVS3...

~~$2,999.99~~ $2,199.99

★★★★☆ (32)

ADD TO CART

**NEW PRODUCT**

Owala 30oz FreeSip Sway Golf Stainless Steel Water Bottle

$39.99

★★★★★ (25)

ADD TO CART

Women's HOKA Clifton 10 Running Shoes

~~$155.00~~ $129.99 - $155.00

★★★★☆ (1319)

ADD TO CART



**COMPANY**

Careers
About Us
Our History
Community Involvement
Affiliate Program
Creator Program

**CUSTOMER SERVICE**

Help Center
Returns
Track Your Order
Gift Card Balance
Bulk Gift Cards
Rebates
Price Matching
Registry & Wishlist
MySCHEELS

**STORE**

Service Shops
Events
Locations
SCHEELS Expert Content

**POLICIES**

Return Policy
Shipping Policy
Gift Card Policy
Your Privacy Choices

**Stay Connected**

**Download Our App**

© 2026 SCHEELS SPORTS

Privacy Policy   Cookie Policy   California Privacy Rights   Terms & Conditions   Accessibility Statement   No Surprise Act   ACA Transparency MRF

© 2026 SCHEELS SPORTS

Privacy Policy     Cookie Policy     California Privacy Rights     Terms & Conditions     Accessibility Statement     No Surprise Act     ACA Transparency MRF