# EXHIBIT D

  What are you looking fo   MY STORE
SELECT A STORE  SCHEELS Visa  Contact Us  Account  Cart



## CREATE AN ACCOUNT

G Sign up with Google

 Continue with Apple

- OR -

**First Name** *

First Name

**Last Name** *

Last Name

**Email** *

Email Address

**Phone Number** *

Phone number

**Password** *

Password

**Password must include...**

✕ At least 8 characters
✕ At least 1 uppercase letter
✕ At least 1 number
✕ At least 1 special character

☑ Yes, I would like to receive emails about promotions, new products and events.

☑ Yes, I would like to receive texts about promotions, new products and events.

*By checking this box, you agree to receive recurring automated promotional and personalized marketing text messages (e.g. cart reminders) from SCHEELS at the cell number used when signing up. Consent is not a condition of any purchase. Reply HELP for help and STOP to cancel. Msg frequency varies. Msg & data rates may apply. View Terms & Privacy.

**Create Account**

By registering an account, you agree to our Terms of Use.

**Create Account**

By registering an account, you agree to our Terms of Use.