# EXHIBIT E



Would you like to sign in or create an account?

Sign In        Register

**Shipping Address**

John Smith                                          Edit
1234 Main Street
Fargo, ND 12345

**Shipping**

Standard Delivery
Est: Mon. 3/23 - Fri. 3/27
FREE

**Gift Options**

**Payment**

mc ending in 3172              $530.39   Edit

**Billing Address**
Same as shipping address



**Order summary**                          Edit

Your Order

Bear Legit Maxx RTH Compound Bow Package
$479.99
x 1

**Route**   Shipping Protection by Route
$11.11

☑ Shipping Protection ⋀ Route ⓘ          $11.11

Subtotal                                   $491.10
Shipping                                     FREE
Tax                                        $39.29

Total                                      $530.39

**PLACE ORDER**

By placing this order, you agree to SCHEELS Terms & Conditions, Privacy Policy, and to opt-in for marketing communications.

Need Help? 701-670-8388

**PLACE ORDER**

By placing this order, you agree to SCHEELS Terms & Conditions, Privacy Policy, and to opt-in for marketing communications.

**Need Help? 701-670-8388**