# EXHIBIT F

| Name | Order | Payment | Date | Product Name |
|---|---|---|---|---|
| Shane Close | 4109681828 | $109.28 | 2-Nov-25 | 2024-25 Panini Donruss Basketball NBA Mega Box CARD MEGA DONRUSS NBA 24 |
| Alex Janochoski | 43843152 | $248.11 | 11-Dec-24 | Elliott Odyssey Super Noodle Ice Rod ROD ODYSSEY-32 S NOODLE |
| Joe Kramer | 4111648587 | N/A | 24-Dec-25 | Umarex USA GLOCK G19X Coyote .177 BB Air Pistol PISTOL AIR GLOCK 19X BB<br>Crosman .177 Caliber Destroyer Pellets PELLET DESTROYER .177 250CT |
| Joe Kramer | 4111272471 | N/A | 14-Dec-25 | Men's Irish Setter 6" Setter Fifty 2024 Moc Toe Boots SETTER FIFTY 6IN-10W/MANGO<br>Men's Scheels Outfitters Antler River Bibs BIB ANTLER RVR LTD-L/WST RVR |
| Joe Kramer | 455285423 | N/A | 28-Jun-25 | Men's Nike Dri-FIT Legend Fitness T-Shirt TEE DF RESET-XLT/KHA/BLK<br>Men's Nike Dri-FIT Legend Fitness T-Shirt TEE DF RESET-2X/OBS/SIL<br>Men's Nike Dri-FIT Legend Fitness T-Shirt TEE DF RESET-2XT/KHA/BLK |
| Joe Kramer | 455284995 | N/A | 21-Jun-25 | Men's Nike Dri-FIT Legend Fitness T-Shirt TEE DF RESET-3XT/KHA/BLK |
| Joe Kramer | 701217109 | $266.43 | 31-Mar-25 | 2025 Warstic Bonesaber Hybrid (-10) USA |
| Brock Montpetit | 701566723 | $121.31 | 3-Dec-25 | Boys' Carhartt Montana Hooded Canvas Jacket JKT MONTANA INSL/ CILANTRO |
| Brock Montpetit | 4110200063 | $175.12 | 26-Nov-25 | Youth Boys' Rocky Prohunter Hooded Jacket PARKA PRO HUNTER INS YTHL/ RT<br>Youth Boys' Rocky Prohunter Hunting Snow Bibs BIB PRO HUNTER INS YTHL/ RT |
| Brock Montpetit | 496565050 | $101.26 | 1-Sep-25 | Bow Spider Complete Bow Packing System HOLDER BOW SPIDER KITGRN |
| Peter J. Sabatini | 4109554018 | $64.51 | 23-Oct-25 | Tactacam Armored Solar Cable CABLE ARMORED SOLAR (x3)<br>Tactacam Gen 3.0 Replacement Antenna ANTENNA REPLACEMENT |
| Peter A. Sabatini | 45342146 | $323.12 | 6-Mar-25 | Remington Accutip Sabot Slug 20 Gauge Shotshells AMMO 20G 2.75IN 260G ACCUTIP S<br>Remington Premier AccuTip Sabot Slug 12 Gauge Shotshells AMMO 12G 2.75IN 385G ACCUTIP S |