IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

Civil Action No. 25-md-03160-PAB-TPO

MDL No. 3160

IN RE ARCHERY PRODUCTS ANTITRUST LITIGATION

---

### JOINT MOTION FOR CLARIFICATION

---

Scheels All Sports, Inc. ("Scheels") filed a Motion to Compel Arbitration and Stay Proceedings on March 20, 2026. ECF No. 189.

Scheels and Plaintiffs agree that this motion should be briefed on the same schedule as the motions to dismiss and respectfully request that this Court clarify that the briefing schedule set forth in ECF No. 164 (and as modified, if later modified) applies to Scheels's Motion to Compel Arbitration and Stay Proceedings. To the extent the Direct Purchaser Plaintiffs and the Indirect Purchaser Plaintiffs file separate briefs in opposition to the Motion to Compel Arbitration and Stay Proceedings, Scheels and Plaintiffs further agree that Scheels can file a single, consolidated reply brief not to exceed 20 pages.

SUBMITTED ON April 9, 2026:

/s/ Eric Olson

Eric Olson
Noah C. Nix
**Olson Grimsley Kawanabe
Hinchcliff & Murray LLC**
700 17th Street, Suite 1600
Denver, CO 80202
(303) 535-9151
eolson@olsongrimsley.com
nnix@olsongrimsley.com

***Liaison & Trial Counsel
for Direct Purchaser Plaintiffs***

/s/ David W. Kesselman

David W. Kesselman
Amy T. Brantly
Abiel Garcia
**Kesselman, Brantly, Stockinger
LLP**
1230 Rosecrans Avenue, Suite 400
Manhattan Beach, CA 90266
(310) 307-4555
dkesselman@kbslaw.com
agarcia@kbslaw.com
abrantly@kbslaw.com

/s/ Gary I. Smith, Jr.

Gary I. Smith, Jr.
**Hausfeld LLP**
580 California Street, 12th Floor
San Francisco, CA 94101
(415) 633-1908
gsmith@hausfeld.com

In Kyung (Jane) Shin
Will Hanna
**Hausfeld LLP**
1200 17th Street N.W., Suite 600
Washington, DC 20036
jshin@hausfeld.com
whanna@hausfeld.com

/s/ Gregory S. Asciolla

Gregory S. Asciolla
Alexander E. Barnett
Theodore J. Salem-Mackall*
**DiCello Levitt LLP**
485 Lexington Avenue, Suite 1001
New York, NY 10017
(646) 933-1000
gasciolla@dicellolevitt.com
abarnett@dicellolevitt.com
tsalemmackall@dicellolevitt.com

/s/ Kimberly A. Justice

Kimberly A. Justice
Matthew W. Ruan
**Freed Kanner London
& Millen LLC**
923 Fayette Street
Conshohocken, PA 19428
(610) 234-6486
kjustice@fklmlaw.com
mruan@fklmlaw.com

*Not barred in New York. Only
barred in Washington, DC.
Practicing under the supervision of
New York attorneys

*Co-Lead Class Counsel for
Direct Purchaser Plaintiffs*

/s/ Amanda M. Williams
Amanda M. Williams (MN 0341691)
**Bassford Remele P.C.**
100 South Fifth Street, Suite 1500
Minneapolis, MN 55402
Telephone: (612) 333-3000
Facsimile: (612) 333-8829
awilliams@bassford.com

Michael Montaño
**Guerra LLP**
345 California Street, Suite 600
San Francisco, California 94104
Telephone: (726) 336-7693
mmontano@guerrallp.com

*Co-Lead Class Counsel for
Indirect Purchaser Plaintiffs*

/s/ Allison Kaye Kostecka
Allison Kaye Kostecka
**Gibson Dunn & Crutcher LLP**
1900 Lawrence Street, Suite 3000
Denver, CO 80202
(303) 298-5700
akostecka@gibsondunn.com

Logan Freeborn
Rachel Susan Brass
**Gibson Dunn & Crutcher LLP**
One Embarcadero Center, Suite 2600
San Francisco, CA 94111-3715
(415) 393-1616
lfreeborn@gibsondunn.com
rbrass@gibsondunn.com

*Counsel for Scheels All Sports, Inc.*

3