IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Timothy P. O'Hara**

Civil Action: 25-md-03160-PAB-TPO                Date: Jesse Torres
Courtroom Deputy: Jesse Torres                   FTR – Courtroom C402

MDL No. 3160                                     *Counsel:*

IN RE ARCHERY PRODUCTS ANTITRUST                 *See Attached*
LITIGATION

## COURTROOM MINUTES

**SCHEDULING CONFERENCE**

**Court in session: 10:13 a.m.**

Court calls case. The Court verifies that all attorneys present in person signed in for today's hearing. A copy of the attorneys that attended will be attached to these minutes.

Preliminary remarks by the Court.

Discussion is held regarding the parties' proposed Scheduling Order. Arguments by lead counsel.

Discussion is held regarding the Court's discovery dispute resolution and settlement conference procedures.

A Preliminary Scheduling Order will be signed and entered by the Court approving the Parties' proposed Case Events through July 21, 2026. *See* ECF 194 at pp. 4-6. However, the Court considers the remaining proposed dates listed in section 9 of the proposed Scheduling Order [ECF 194] from January 20, 2027, onward as **proposals** by the Parties, and these dates are not accepted by the Court at this time.

For the reasons stated on the record, it is

**ORDERED:**        A Status Conference is set for **August 11, 2026, at 10:00 a.m. (Mountain Time)** before U.S. Magistrate Judge Timothy P. O'Hara in Courtroom C-402, on the fourth floor of the Byron G. Rogers United States Courthouse at 1929 Stout Street, Denver, Colorado. Should the Parties determine that such a hearing is not necessary, the Parties may jointly contact chambers to vacate the hearing. Counsel shall be prepared to discuss proposals for written discovery request limitations, the deadline to begin rolling production of documents, and any outstanding discovery disputes. If

counsel intends to raise any discovery disputes at this hearing, on or before **August 4, 2026,** counsel shall provide the Court a brief **Joint** Statement that contains each Party's position with regard to each dispute. This shall be provided email to *O'Hara_Chambers@cod.uscourts.gov* (with all necessary Parties copied).

A **second** Status Conference is set for **October 6, 2026,** at 10:00 a.m. before U.S. Magistrate Judge Timothy P. O'Hara in Courtroom C-402, on the fourth floor of the Byron G. Rogers United States Courthouse at 1929 Stout Street, Denver, Colorado.

A **third** Status Conference is set for **December 16, 2026, at 10:00 a.m.** before U.S. Magistrate Judge Timothy P. O'Hara in Courtroom C-402, on the fourth floor of the Byron G. Rogers United States Courthouse at 1929 Stout Street, Denver, Colorado.

For the aforementioned hearings, at least one representative counsel for each side shall appear in person. All other counsel may appear in person or by video teleconference. To connect to the courtroom remotely via video teleconference, counsel shall use the Cisco Meeting App Instructions attached to these Courtroom Minutes.

HEARING CONCLUDED.

**Court in recess: 11:09 a.m.**
Total time in court: 00:56

To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.

# Cisco Meeting App Instructions

# Judge Timothy P. O'Hara

- For laptop/PC - From Google Chrome (recommended) on Windows, or Safari on Mac or iDevice, click on the link below to join.  **IMPORTANT:  Contact Chambers or Courtroom Deputy prior to testing this link, as you may interrupt a scheduled setting:**

  https://meet.uc.uscourts.gov/meeting/132776284?secret=zBLYIdFg6VOwZOeT6yeqNw

  **Note:  Use the default of "Continue with browser" to join the meeting.**

- For VTC/SIP Systems:

  2221100@uc.uscourts.gov  Meeting ID- 132776284#

- For Audio Only:

  - Phone: 571-353-2301, then enter 132776284#

- **Once you have joined the conference either by Video or Audio, please MUTE YOUR MIC.**

  **Family Member/Public/Media "listen" to hearing:**

  571-353-2301
  Access Code: 061746309#