Civil Action No. 25-md-03160-PAB-TPO

**ENTRIES OF APPEARANCE FOR SCHEDULING CONFERENCE HELD
04/16/2026**

| Attorney | Party |
|---|---|
| Bentley Tolk | Archery Trade Association |
| Donald Kelly | Bear Archery |
| Michael Roberts | Bear Archery |
| Abraham Spung | BowTech |
| Anna Rathbun | BPS Direct/Cabelas |
| Brendan McShane | BPS Direct/Cabelas |
| Kathryn Reilly | BPS Direct/Cabelas |
| Amanda Williams | Brock Montpetit |
| Michael Montano | David Tapia |
| Matthew Ruan | Don Eichman |
| Eric Olson | Don Eichman/Joe Kramer |
| Noah Nix | Don Eichman/Joe Kramer |
| Elizabeth Froehlke | Hamskea Archery Solutions |
| Michael Lindsay | Hoyt Archery/Easton Technical Products |
| Stephen Weingold | Hoyt Archery/Easton Technical Products |
| Brian DeMocker | Hunter's MFG Co. |
| Amanda Blain | Jays Sports |
| Abiel Garcia | Justen and Tanya Goodall |
| In Kyung Shin | Justen and Tanya Goodall |
| Eileen Ficaro | Kinsey's Outdoors |
| William Katz | Lancaster Archery Supply |
| Alexander Barnett | Lynnell Peterson/Shawn Butter |
| Erik Koons | Mathews Archery |
| Frances Jennings | Mathews Archery |
| Marx Wang | Mathews Archery |
| Thomas Carter | Mathews Archery |
| Robert Zavaglia | Precision Shooting Equipment |
| Allison Kostecka | Scheels All Sports |
| Joseph Mark | Tomorrow's Resources Unlimited |
| Patrick Hickey | Tomorrow's Resources Unlimited |
| William Jones | Tomorrow's Resources Unlimited |