IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-md-03160-PAB-TPO

MDL No. 3160

IN RE ARCHERY PRODUCTS ANTITRUST LITIGATION

---

**MINUTE ORDER**

---

**Entered by Judge Philip A. Brimmer**

This matter is before the Court on the Joint Motion Regarding Dismissals with Prejudice of DICK'S Sporting Goods, Inc. [Docket No. 186] and the Notices of Dismissal [Docket Nos. 182-85, 190, 192, 197].

On February 17, 2026, the Court deemed plaintiffs Matt Simcik, Shane Close, Jake Vale, Alex Janochoski, Jonathan Borreson, Don Eichman, Joe Kramer, Peter J. Sabatini, Peter A. Sabatini, Tim Reznich, Justen Goodall,[1] Brock Montpetit, and David Tapia's Notice of Dismissal effective as a means of dismissing DICK's Sporting Goods, Inc. ("DSG") from their member cases with prejudice.  Docket No. 159.

On March 11, 2026, the Court deemed plaintiff Joesph Santarlas's Notice of Dismissal effective as a means of dismissing DSG from his member case without prejudice.  Docket No. 173.  On March 16, 2026, the Court deemed plaintiffs Tyler Swails and Gary T. Dunkin's Notices of Dismissal effective as a means of dismissing DSG from their member cases without prejudice.  Docket Nos. 180, 181.

Since the Court deemed these Notices of Dismissal as effective, the following plaintiffs have also filed Notices of Dismissal of their claims against DSG without prejudice: Shane Close, Casey Milby, Lynell Preston, Mohammed Hussain, Jonathan Langley, Shane Butter, Samuel Hernandez Diaz, Lane Poziviak, and Christopher

---

[1] The Court did not dismiss DSG as a party from *Goodall v. Hamskea Archery Solutions LLC*, No. 25-cv-02506, because Tanya Goodall is a plaintiff in that case and the Notice of Dismissal, Docket No. 148, did not indicate whether Ms. Goodall sought to dismiss DSG as well.  The parties clarify that Ms. Goodall intended to dismiss DSG as a defendant in Case No. 25-cv-02506.  *See* Docket No. 186 at 2, ¶ 6.  Furthermore, the parties clarify that they intended to dismiss DSG as a defendant in *Goodall v. Hoyt Archery, Inc.*, No. 26-cv-00345.  *See id.* at 3, ¶ 8.  The Court will order that DSG be dismissed with prejudice from these two cases.

Fiorentino.  *See* Docket Nos. 182-85, 190, 192, 197.  The Court will deem these Notices of Dismissal effective as well.

The Direct Purchaser Plaintiffs, Indirect Purchaser Plaintiffs, and DSG seek an order that "DSG has no obligation to answer or otherwise respond to the Direct Purchaser Plaintiffs' Consolidated Amended Complaint, Docket No. 109, or the Indirect Purchaser Plaintiffs' Consolidated Class Action Complaint, Docket No. 110" and that "DSG has no present obligation to answer or otherwise respond to any current complaint in this multidistrict litigation."  Docket No. 186 at 3.  The parties also indicate that "every plaintiff whose case became a part of this multidistrict litigation after the filing of those two consolidated complaints will have dismissed with prejudice their claims against DSG."  *Id.* at 3, ¶ 9.

While the Court agrees that the Direct Purchaser Plaintiffs and Indirect Purchaser Plaintiffs no longer bring any claims against DSG, the following plaintiffs have not filed a Notice of Dismissal regarding their claims against DSG: Anthony Carollo, Jake Vale, Timothy Reznich, Hugh Hansen, and Erick Babst.  Furthermore, only Matt Simcik, Shane Close, Jake Vale, Alex Janochoski, Jonathan Borreson, Don Eichman, Joe Kramer, Peter J. Sabatini, Peter A. Sabatini, Tim Reznich, Justen Goodall, Tanya Goodall, Brock Montpetit, and David Tapia have dismissed with prejudice their claims against DSG.  *See* Docket No. 148.  The remaining plaintiffs who have filed Notices of Dismissal have dismissed DSG without prejudice.  *See* Docket Nos. 172, 177, 178, 182-85, 190, 192, 197.  Accordingly, the Court will not enter an order regarding these plaintiffs' claims against DSG.

Accordingly, it is

**ORDERED** that the Joint Motion Regarding Dismissals with Prejudice of DICK'S Sporting Goods, Inc. [Docket No. 186] is **GRANTED in part and DENIED in part**.  It is further

**ORDERED** that defendant DICK'S Sporting Goods, Inc. is **DISMISSED with prejudice** from the Direct Purchaser Plaintiff and Indirect Purchaser Plaintiffs' member cases.  It is further

**ORDERED** that defendant DICK'S Sporting Goods, Inc. is **DISMISSED with prejudice** from Case Nos. 25-cv-02506, 26-cv-00345.  It is further

**ORDERED** that the Notices of Dismissal [Docket Nos. 182-85, 190, 192, 197] are deemed effective.  It is further

**ORDERED** that defendant DICK'S Sporting Goods, Inc. is **DISMISSED without prejudice** from the member cases of the following plaintiffs: Shane Close, Casey Milby, Lynell Preston, Mohammed Hussain, Jonathan Langley, Shane Butter, Samuel Hernandez Diaz, Lane Poziviak, and Christopher Fiorentino.

2

DATED May 4, 2026.