IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 25-md-03160-PAB-TPO

MDL No. 3160

IN RE ARCHERY PRODUCTS ANTITRUST LITIGATION

---

**PLAINTIFFS' JOINT MOTION FOR LEAVE TO FILE SURREPLY TO
DEFENDANTS' JOINT MOTION TO DISMISS**

---

Direct Purchaser Plaintiffs and Indirect Purchaser Plaintiffs move for leave to file a joint surreply to Defendants' Motion to Dismiss (Dkt. No. 188). Plaintiffs make this request for two purposes. First, to clarify a misstatement in Plaintiffs' response brief (Dkt. No. 208) regarding *In re Musical Instruments & Equip. Antitrust Litig.*, 798 F.3d 1186 (9th Cir. 2015), which Defendants identified in their reply (Dkt. No. 221). *See Benbrook v. Pathway Holdings, LLC*, No. 24-1032, 2024 WL 4930608, at *3 (D. Kan. Dec. 2, 2024) (granting a motion to file a surreply "to clarify a misstatement"). And second, to address Defendants' claim that "when a plaintiff alleges conspiracy through association activity, the allegations must tend[] to exclude the possibility the parties to the venture were acting independently." Defs.' Reply at 1 (quotations omitted). As explained in Plaintiffs' proposed surreply, this is a summary judgment standard, which Defendants argue is a pleading standard for conspiracies based on "association activity" for the first time in their reply. *See Shaw v. Salesforce, Inc.*, No. 25-01372, 2026 WL 787990, at *4 (D. Colo. Mar. 20, 2026) (Brimmer, J.) ("A district court has discretion to permit a sur-reply if the reply raises new material, including new legal arguments . . . .").

The proposed, two-page surreply is attached as Exhibit 1.

## CERTIFICATE OF CONFERRAL

Pursuant to D.C. Colo. LCivR 7.1(a), counsel for Plaintiffs shared a draft of the surreply with Defendants by email on June 26, 2026. Defendants stated they would oppose the motion to file the surreply.

Dated: June 26, 2026

Respectfully submitted,

*/s/ Eric Olson*

Eric Olson
Noah C. Nix
**Olson Grimsley Kawanabe**
**Hinchcliff & Murray LLC**
700 17th Street, Suite 1600
Denver, CO 80202
(303) 535-9151
eolson@olsongrimsley.com
nnix@olsongrimsley.com

***Liaison & Trial Counsel for***
***Direct Purchaser Plaintiffs***

/s/ *Kimberly A. Justice*

Kimberly A. Justice
Matthew W. Ruan
**Justice Jagher London & Millen LLC**
923 Fayette Street
Conshohocken, PA 19428
(610) 632-4500
kjustice@jjlmlaw.com
mruan@jjlmlaw.com

*/s/ Gary I. Smith, Jr.*

Gary I. Smith, Jr.
**Hausfeld LLP**
580 California Street, 12th Floor
San Francisco, CA 94101
(415) 633-1908
gsmith@hausfeld.com

In Kyung (Jane) Shin
Will Hanna
**Hausfeld LLP**
1200 17th Street N.W., Suite 600
Washington, DC 20036
jshin@hausfeld.com
whanna@hausfeld.com
Jacob R Leiken
**Hausfeld LLP**
33 Whitehall Street, 14th Floor
New York, NY 10004
(646) 357-1100
jleiken@hausfeld.com

| | |
|---|---|
| */s/ Gregory S. Asciolla* | /s/ *David W. Kesselman* |
| Gregory S. Asciolla | David W. Kesselman |
| Alexander E. Barnett | Amy T. Brantly |
| Steven L. Groopman | Abiel Garcia |
| Theodore J. Salem-Mackall* | **Kesselman, Brantly, Stockinger LLP** |
| **DiCello Levitt LLP** | 1230 Rosecrans Avenue, Suite 400 |
| 485 Lexington Avenue, Suite 1001 | Manhattan Beach, CA 90266 |
| New York, NY 10017 | (310) 307-4555 |
| (646) 933-1000 | dkesselman@kbslaw.com |
| gasciolla@dicellolevitt.com | agarcia@kbslaw.com |
| abarnett@dicellolevitt.com | abrantly@kbslaw.com |
| sgroopman@dicellolevitt.com | |
| tsalemmackall@dicellolevitt.com | |

*Not barred in New York. Only barred in Washington, DC. Practicing under the supervision of New York attorneys.

***Co-Lead Class Counsel for Direct Purchaser Plaintiffs***

| | |
|---|---|
| */s/ Heidi M. Silton* | */s/ David M. Cialkowski* |
| Heidi M. Silton | David M. Cialkowski |
| Jessica N. Servais | Ian F. McFarland |
| Michael J.K.M. Kinane | Zachary J. Freese |
| **Lockridge Grindal Nauen PLLP** | **Zimmerman Reed LLP** |
| 100 Washington Ave. South, Suite 2200 | 1100 IDS Center, 80 S. 8th Street |
| Minneapolis, MN 55401 | Minneapolis, MN 55402 |
| (612) 339-6900 | (612) 341-0400 |
| hmsilton@locklaw.com | david.cialkowski@zimmreed.com |
| jnservais@locklaw.com | ian.mcFarland@zimmreed.com |
| mjkmkinane@locklaw.com | zachary.freese@zimmreed.com |

/s/ *Michelle J. Looby*

Michelle J. Looby
Anthony J. Stauber
**Gustafson Gluek PLLC**
Canadian Pacific Plaza
120 S. Sixth Street, Suite 2600
Minneapolis, MN 55402
(612) 659-8979
mlooby@gustafsongluek.com
tstauber@gustafsongluek.com

/s/ *Amanda M. Williams*

Amanda M. Williams
Casey Marshall
**Bassford Remele P.C.**
100 South Fifth Street, Suite 1500
Minneapolis, MN 55402
(612) 333-3000
awilliams@bassford.com
cmarshall@bassford.com

/s/ *Ashlea Schwarz*

Ashlea Schwarz
**Paul LLP**
600 Broadway Boulevard
Suite 600
Kansas City, MO 64105
(816) 984-8100
ashlea@paulllp.com

***Plaintiffs' Steering Committee for
Direct Purchaser Plaintiffs***

/s/ *Michael Montaño*

Michael Montaño
**Guerra LLP**
345 California Street, Suite 600
San Francisco, CA 94104
(726) 336-7693
mmontano@guerrallp.com

***Co-Lead Class Counsel for
Indirect Purchaser Plaintiffs***

## CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2026 the foregoing document was filed with the Clerk

of Court using the CM/ECF system.

*/s/ Eric Olson*
Eric Olson