IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-md-03160-PAB-TPO

MDL No. 3160

IN RE ARCHERY PRODUCTS ANTITRUST LITIGATION

---

**MINUTE ORDER**

---

**Entered by Timothy P. O'Hara, United States Magistrate Judge, on July 13, 2026.**

Upon the Direct Purchaser Plaintiffs' emailed request for a Discovery Conference, the Court **SETS** a Discovery Conference on **August 3, 2026 at 10:00 a.m.** in Courtroom C-402, on the fourth floor of the Byron G. Rogers United States Courthouse located at 1929 Stout Street, Denver, Colorado.

At least one representative counsel for each side shall appear in person. All other counsel may appear in person or by video teleconference. To connect to the courtroom remotely via video teleconference, counsel shall use the Cisco Meeting App Instructions provided at ECF 195.

In advance of the Discovery Conference, the Parties shall email Chambers at *O'Hara_Chambers@cod.uscourts.gov* (with all Parties copied) a brief **Joint** Statement that contains each Party's position with regard to each dispute. The Joint Statement should not be filed on the Electronic Court Filing system (case docket sheet) but rather emailed directly to Chambers.

The purpose of the Court's discovery dispute procedures, including the requirement of a Joint Statement in lieu of staggered briefing, is to resolve the Parties' discovery disputes in the most efficient and cost-effective manner possible. The Court encourages the Parties to be as succinct as possible, presenting a short statement of each dispute with any legal support the Parties would like the Court to consider. The Court also asks for double-spacing. The Parties should provide any relevant documents as attachments to the Joint Statement that may assist with the dispute's resolution.

The Joint Statement is due **three business days** before the Discovery Conference.